1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  MARY TRIGIANI,              )
                                )
12         Plaintiff(s),        )    No. C06-3211 BZ
                                )
13      v.                      )
                                )    **ORDER SCHEDULING CASE**
14  LEXINGTON INSURANCE CO., a  )    **MANAGEMENT CONFERENCE**
    Delaware Corporation,       )
15                              )
           Defendant(s).        )
16  _____)

17      **IT IS HEREBY ORDERED** that an initial case management
18  conference is scheduled for **August 7, 2006 at 4:00 p.m.** in
19  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
20  Avenue, San Francisco, California 94102.  By not later than
21  **July 28, 2006** the parties shall fulfill the requirements of
22  Local Rule 16-9 and file a joint case management statement
23  Dated: June 26, 2006
24                              _____
                                      Bernard Zimmerman
25                              United States Magistrate Judge
26
    G:\BZALL\-BZCASES\TRIGIANI.2\INITIAL.CMC.ORDER.wpd
27
28

                                 1