```
SWAIN & DIPOLITO LLP
FRANK X. DIPOLITO (137157)
JOHN G. NURSALL (134392)
555 East Ocean Boulevard, Suite 400
Long Beach, California 90802-5051
Telephone: (562) 983-7833
Facsimile: (562) 983-7835

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY TRIGIANI, | Case No. C 06-3211 BZ |
| Plaintiff, | Hon. Bernard Zimmerman<br>Dept. G |
| vs. | |
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation, | REQUEST TO PARTICIPATE IN FURTHER CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER |
| Defendant. | |
| | Civil L.R. 16-10 (a) |
| | DATE: August 7, 2006<br>TIME: 4:00 p.m.<br>DEPT: G |

Frank X. Dipolito, attorney for Defendant, Lexington Insurance Company respectfully requests this Court's permission to attend the August 7, 2006 Further Case Management Conference by telephone. This request is made pursuant to Civil L.R. 16-10 (a).

///
///
///
///

- 1 -
Request to Participate in Further Case Management Conference by Telephone; [Proposed] Order

1  This request is made because Frank X. Dipolito's office is
2  located in Long Beach, California. Being able to participate by
3  telephone would save time and expenses.
4
5  DATED: July 19, 2006           SWAIN & DIPOLITO LLP
6
7                                 By: _____
8                                     FRANK X. DIPOLITO
                                       Attorneys for Defendant
9                                      LEXINGTON INSURANCE COMPANY

10                              ORDER
11
12     IT IS ORDERED that Frank X. Dipolito's Request to
13  Participate in the Further Case Management Conference by
14  Telephone is hereby granted.
15
16  DATED: ___July 20, 2006_____    _____
17                                                    Magistrate
18
19  Submitted on the 20 day of
    July, 2006, by:
20
    SWAIN & DIPOLITO LLP
21
22  _____
23  Frank X. Dipolito, Esq.
24
25
26
27
28

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

Request to Participate in Further Case Management Conference by Telephone; [Proposed] Order