1 DEAN M. SCHMIDT, Calif. Bar # 142068
1706 Church Street, No. 1151
2 San Francisco, California 94131
Telephone: (415) 296-1160
3 Fax: (415) 285-4476

4 Attorney for Plaintiff MARY TRIGIANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY TRIGIANI,  )<br>  )<br>           Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>LEXINGTON INSURANCE COMPANY, a  )<br>Delaware Corporation,  )<br>  )<br>           Defendant.  )<br>_____  ) | No. C 06-3211 BZ<br><br>**STIPULATION AND ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Hrg: August 7, 2006<br>Time: 4:00 p.m.<br>Dep't. G<br><br>The Hon. Bernard Zimmerman |

The parties to the above-entitled action have reached a settlement of the action and hereby stipulate and request that the Court vacate the Case Management Conference presently scheduled for August 7, 2006 at 4:00 p.m., and continue the matter until September 25, 2006 at 4:00 p.m., in Department G.

Dated: August 4, 2006

I, Dean M. Schmidt, attest that Frank X. DiPolito concurs with the filing of this Stipulation.

By:_____
Dean M. Schmidt
Attorney for Plaintiff MARY TRIGIANI

No. C 06-3211 BZ (Trigiani v. Lexington Ins.) Stipulation

| | |
|---|---|
| 1 | |
| 2 | **SWAIN & DIPOLITO** |
| 3 | Dated: August 4, 2006 |
| 4 | By:_____ |
| 5 | Frank x. DiPolito |
| 6 | Attorneys for Defendant Lexington Insurance Company |
| 7 | |
| 8 | **IT IS SO ORDERED:** |

**Dated:** August 7, 2006  _____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

No. C 06-3211 BZ (Trigiani v. Lexington Ins.)-Stipulation