```
 1  SWAIN & DIPOLITO LLP
    FRANK X. DIPOLITO (137157)
 2  JOHN G. NURSALL (134392)
    555 East Ocean Boulevard, Suite 400
 3  Long Beach, California  90802-5051
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835

 5  Attorneys for Defendant
    LEXINGTON INSURANCE COMPANY
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11  MARY TRIGIANI,                    )  Case No. C 06-3211 BZ
                                      )
12              Plaintiff,            )  Hon. Bernard Zimmerman
                                      )  Dept. G
13       vs.                          )
                                      )  REQUEST TO PARTICIPATE IN
14  LEXINGTON INSURANCE COMPANY, a    )  FURTHER CASE MANAGEMENT
    Delaware Corporation,             )  CONFERENCE BY TELEPHONE;
15                                    )  [PROPOSED] ORDER
                Defendant.            )
16  _____  )  Civil L.R. 16-10 (a)

17                                       DATE: September 25, 2006
                                         TIME: 4:00 p.m.
18                                       DEPT: G

19

20       Frank X. Dipolito, attorney for Defendant, Lexington

21  Insurance Company respectfully requests this Court's permission

22  to attend the September 25, 2006 Further Case Management

23  Conference by telephone.  This request is made pursuant to Civil

24  L.R. 16-10 (a).

25  ///

26  ///

27  ///

28  ///
```

1   This request is made because Frank X. Dipolito's office is
2   located in Long Beach, California.  Being able to participate by
3   telephone would save time and expenses.

4

5   DATED: September 11, 2006        SWAIN & DIPOLITO LLP

6

7                                    By: _____
                                         FRANK X. DIPOLITO
8                                        Attorneys for Defendant
                                         LEXINGTON INSURANCE COMPANY
9

10                                  ORDER

11

12      IT IS ORDERED that Frank X. Dipolito's Request to
13  Participate in the Further Case Management Conference by
14  Telephone is hereby granted.

15

16  DATED: _September 12, 2006_         _____
                                        U.S. District/Magistrate
17  **COUNSEL SHALL CALL THE**          Judge
    **COURT AT 415-522-4093 AT**
18  **4:00 P.M.**

    *IT IS SO ORDERED*
    *Bernard Zimmerman*
    *Judge Bernard Zimmerman*

19  Submitted on the 11th day of
    September, 2006, by:
20
    SWAIN & DIPOLITO LLP
21

22  _____
23  Frank X. Dipolito, Esq.

24

25

26

27

28