```
SWAIN & DIPOLITO LLP
FRANK X. DIPOLITO (137157)
JOHN G. NURSALL (134392)
555 East Ocean Boulevard, Suite 400
Long Beach, California 90802-5051
Telephone: (562) 983-7833
Facsimile: (562) 983-7835

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY TRIGIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>    Defendant. | Case No. C 06-3211 BZ<br><br>Hon. Bernard Zimmerman<br>Dept. G<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON<br><br>Rule 41, Fed.R.Civ.P. |

IT IS HEREBY STIPULATED, by and between plaintiff MARY TRIGIANI and defendant LEXINGTON INSURANCE COMPANY, through their respective counsel, that the Complaint be dismissed with prejudice, each party to bear its own costs and attorney's fees.

///
///
///
///
///
///

- 1 -

Stipulation for Dismissal with Prejudice; [Proposed] Order Thereon

I, Frank X. Dipolito, attest that concurrence in the filing of this document was obtained by me from Mr. Dean M. Schmidt on October 16, 2006.

DATED: October 16, 2006          DEAN M. SCHMIDT, ATTORNEY AT LAW

By: _____
DEAN M. SCHMIDT
Attorneys for Plaintiff
MARY TRIGIANI

DATED: October 20, 2006          SWAIN & DIPOLITO LLP

By: /s/ _____
FRANK X. DIPOLITO
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

ORDER

IT IS SO ORDERED.

DATED: October 23, 2006

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
Stipulation for Dismissal with Prejudice; [Proposed] Order Thereon